**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6225**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY JOHNSON, a/k/a Willie Brown,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
89-434-S)

———————

Submitted: June 18, 1998          Decided: July 8, 1998

———————

Before WILKINS and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Barry Johnson, Appellant Pro Se. Harvey Ellis Eisenberg, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions for tape recordings of his trial and for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we grant Appellant's motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. <u>United States v. Johnson</u>, No. CA-89-434-S (D. Md. Dec. 29, 1997; Jan. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2